IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL J. SHEFFIELD,

    Plaintiff,　　　　　　　　　　JUDGMENT IN A CIVIL CASE

v.　　　　　　　　　　　　　　　　　Case No. 14-cv-24-bbc

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that judgment is entered denying plaintiff Michael J. Sheffield's motion for summary judgment and affirming the decision of the Commissioner of Social Security.

| s/V. Olmo, Deputy Clerk | 12/23/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |