# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN

**MICHAEL SHEFFIELD,**

              **Plaintiff,**

**vs.**                                               **Case No.: 14-cv-24**

**CAROLYN COLVIN,**
      **Commissioner of Social Security,**

              **Defendant.**

## NOTICE OF APPEAL

*Notice is hereby given* that Michael Sheffield, by his attorney, Dana W. Duncan, Duncan Disability Law, S.C. plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit, an order dated December 23, 2014 and the judgment dated December 23, 2014 by Federal District Judge Barbara Crabb which affirmed the decision of the Defendant, Carolyn Colvin, Commissioner of Social Security, denying plaintiff's application for disability insurance benefits under 42 U.S.C. §§ 216(i) and 223.

Dated this 4th day of February, 2015.

                                                   **DUNCAN DISABILITY LAW, S.C.**
                                                   Attorneys for the Plaintiff

                                                   /s/ Dana W. Duncan
                                                   _____
                                                   Dana W. Duncan
                                                   State Bar I.D. No. 01008917
                                                   3930 8th Street South, Suite 201
                                                   Wisconsin Rapids, WI 54494
                                                   (715) 423-4000